## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA and** | ) | |
| **PEOPLE OF THE VIRGIN ISLANDS** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 2017-0036** |
| | ) | |
| **KAREEM MATTHIAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**Attorneys:**
**Alphonso G. Andrews, Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

**Brendan A. Hurson, Esq.,**
St. Thomas, U.S.V.I.
    *For Defendant*

### ORDER

THIS MATTER comes before the Court on the Warrant for Arrest for Kevon Benjamin-Edwards, issued by this Court on January 24, 2018 as a result of Mr. Benjamin-Edwards' failure to appear in District Court for the jury trial in the matter of *United States v. Kareem Matthias.* (Dkt. No. 42). Mr. Benjamin-Edwards was served with a Trial Subpoena on December 20, 2017, and the jury trial commenced on January 23, 2018. *Id.*

In response to the warrant, Mr. Benjamin-Edwards appeared before the Court on January 24, 2018. Based on the colloquy that ensued, the Court admonished Mr. Benjamin-Edwards for his failure to appear, and secured a commitment from him that he would appear for trial at 10:00 a.m. on Thursday, January 25, 2018. The Court then ordered him released from custody. Mr. Benjamin-Edwards appeared for court on January 25, 2018, and thereafter as required.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that this Order shall serve to memorialize the Court's release of Kevon Benjamin-Edwards from custody on January 24, 2018; and it is further

**ORDERED** that in view of Mr. Benjamin-Edwards' appearance for Court on January 25, 2018 and thereafter, the matter stemming from Mr. Benjamin-Edwards' failure to appear is **CLOSED**.

**SO ORDERED**.

Date: January 30, 2018

_____/s/_____
WILMA A. LEWIS
Chief Judge